Larry D. Simons CLS-B (CA Bar No. 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91101
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorneys for Sam S. Leslie, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-18746 ER |
| AAA AMERICAN CONSTRUCTION, INC. | Chapter 7 |
| Debtor. | **SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND TRUSTEE IN SUPPORT THEREOF** |
| | [11 U.S.C. § 330, FRBP 2016 and Local Bankr. Rule 2016-1(b)] |
| | DATE: TO BE SET
TIME:  TO BE SET
PLACE: Courtroom 1568
United States Bankruptcy Court
255 East Temple Street,
Los Angeles, California 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

**JUDGE, DEBTOR AND PARTIES IN INTEREST:**

///

///

///

///

1

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

The Law Offices of Larry D. Simons (the "Applicant" or "Firm"), general counsel for Sam S. Leslie, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") of the estate of AAA American Construction, Inc. (the "Debtor") hereby applies to this court for an order allowing and approving compensation for legal services rendered and reimbursement of expenses incurred during the period October 1, 2020 through July 31, 2021.

The following information is supplied in conformity with Form No. 2016-1.2 of the United States Bankruptcy Court for the Central District of California:

1. **Name of Applicant**: Law Offices of Larry D. Simons (the "Applicant" or "Firm").

2. **Type of Service Rendered**:  General Bankruptcy Counsel for the Trustee.

3. **Date of Filing of Voluntary Petition under Chapter 7 of the Bankruptcy Code**: July 18, 2017.

4. **Date of Entry of Order Approving Applicant's Employment**:  June 29, 2018. The order approving Applicant's employment states Applicant's employment is effective as of May 8, 2018.

5. **Date of Filing of last Fee and/or Expense Application**: November 18, 2020.

6. **Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications)**:  $26,137.50.

7. **Summary of Requested Fees in this Application**:

| Category | Amount |
|---|---|
| Case Administration | $85.00 |
| Fee / Employment Applications | $2,890.00 |
| Litigation | $255.00 |
| TOTALS | $3,230.00 |

8. The hourly rates noted in the attached Exhibits 1, 2, and 3 are the same rates charged by the above professionals for non-bankruptcy services.  The blended rate for attorneys in this matter is $425.00.

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND TRUSTEE IN SUPPORT THEREOF -

9.    Bonus requested: None

10.    **TOTAL FEES REQUESTED THIS APPLICATION**: $3,230.00[1]

11.    **Summary of Requested Expense Reimbursement**:    See Exhibit 4, which is attached hereto.

12.    **TOTAL EXPENSE REIMBURSEMENT REQUESTED FOR THIS APPLICATION: $59.55.**

13.    **TOTAL AWARD SOUGHT**:    The Firm requests approval as follows: compensation of **$3,230.00** and **$59.55** in expenses for a total of **$3,289.55**.  The Firm reserves the right to amend this application to request fees for additional services performed by the Firm at the request of the Trustee.

14.    Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1:  See Narrative Statement of Services Rendered, infra.

Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

Executed on this 13th day of August 2021 at Mission Hills, California.

**LAW OFFICES OF LARRY D. SIMONS**

_/s/Larry D. Simons_
Larry D. Simons
Attorneys for Sam S. Leslie, Chapter 7 Trustee

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

---

[1] This amount includes $850.00 (2.0 hours at $425.00/hour) for the preparation of this final fee application.  The Firm also reserves the right to seek additional time of no more than 1.0 hour attending the final fee hearing, should appearances be required.

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

**FIRST AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS
ATTORNEYS FOR CHAPTER 7 TRUSTEE**

I.    **INTRODUCTION/OVERVIEW**

    A.    **Activity Covered by First Interim Fee Application**

AAA American Construction, Inc., the debtor ("Debtor") filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code in the United States Bankruptcy Court, Central District of California, Los Angeles Division (the "Bankruptcy Court") and was assigned Case No. 2:17-bk-18746 ER.  Thereafter, Sam S. Leslie ("Trustee") was appointed as the Debtor's Chapter 7 Trustee and continues to act in that capacity.

Based upon his review of Debtor's schedules and Debtor's principal's testimony at its meeting of creditors, Trustee requested financial information to determine if there were any pre-petition transactions that were avoidable as fraudulent and/or preferential.

After Trustee's accountant analyzed the bank statements, invoices and other financial records produced by Debtor through its counsel, Trustee employed the Law Offices of Larry D. Simons (the "Firm") to file complaints to avoid and recover those certain transactions that were identified as being fraudulent and/or preferential.  An order authorizing the employment of the Firm was entered on June 29, 2018.

During the period covered by the Firm's first interim fee application, the Firm recorded time reviewing and analyzing the memorandum prepared by Trustee's accountants.  Based upon its review of those documents, the Firm gave recommendations to the Trustee about potential complaints to be filed.

Time was recorded preparing and filing three (3) complaints to avoid and recover pre-petition transfers.  Two of the complaints were against institutional defendants and settlement agreements were reached in both complaints.  After the terms of the settlements were documented and appropriate agreements executed, the Firm obtained a court order approving the settlements.

///

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX  626.389.5607

1   The third complaint was against a corporation wholly owned by the wife of the Debtor's

2   principal.  This defendant answered the complaint and initially defendant did not appear to be

3   willing to resolve the dispute amicably.  Accordingly, the Firm propounded discovery against the

4   defendant, who failed to answer the discovery.  Based upon that failure to answer the discovery, the

5   Firm began preparing a motion for summary judgment based upon the requests for admissions

6   being deemed admitted.  The Firm also recorded time preparing a motion to be relieved from a

7   previously entered scheduling order.

8       While the Firm was preparing these motions and a pre-trial conference was upcoming,

9   settlement discussions were restarted and the matter ultimately settled with the Court approving the

10  terms of the settlement agreement.

11      **B.   Activity Covered by the Current (and Final) Fee Application**

12      During the current reporting period, the Firm prepared its first interim fee application and

13  coordinated with other professionals to prepare the requisite notice of the interim fee applications.

14  After the Court approved the interim fee requests, Applicant prepared an appropriate order.

15      The Firm also prepared a stipulation to dismiss the complaint against Slauson Oil based

16  upon its tendering of certain monies as contemplated by an underlying settlement agreement.

17      This Application requests that the Court approve compensation for the services rendered,

18  and reimbursement for the expenses advanced, by Applicant during its representation of the Trustee

19  in this case, from October 1, 2020 through July 31, 2021.  To the extent that the Firm's previous

20  award was made on an interim basis, it also seeks allowance of those fees on a final basis.

21  **II.    PRESENT STATUS OF THE CASE**

22      The following information is provided pursuant to the requirements of Local Bankruptcy

23  Rule 2016-1(c)(2) (referencing Local Bankruptcy Rule 2016-1(a)(1)(A):

24      **A.   Disposition of property of the Estate:**

25  All property has been liquidated.  The case is now in a position to close.

26      **B.   Current financial status of the Estate:**

27  According to the Trustee, the estate has approximately $70,000.00 on account at this time.

28

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

### III.   NARRATIVE STATEMENT OF SERVICES RENDERED BY OUST TIME CATEGORY

Pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1(c)(2) (referencing Local Bankruptcy Rule 2016-1(a)), Applicant hereby submits this narrative of services rendered and expenses incurred by Applicant on behalf of the Trustee.

#### A.   Case Administration

Under this category of services, Applicant communicated with the Trustee regarding whether or he would be seeking compensation on an interim basis. The Firm also communicated with the Trustee's accountants as to an estimation of the Firm's final fees.

Applicant expended 0.20 hours in connection with case administration and incurred fees of $85.00.

#### B.   Fee / Employment Applications

Applicant expended time preparing the requisite forty five day notice for interim fee applications. The Firm also prepared its first interim fee application. After the Court approved the interim fee applications without a need for a hearing, Applicant prepared an order approving the interim compensation.

Applicant also prepared the instant Final Fee Application and a declaration of the Trustee in support thereof. Included in this category is 2.0 hours for preparation of this instant Application at $425.00 per hour. Should appearances be required at the hearing on the Trustee's final report, the Firm reserves the right to seek additional fees of no more than $425.00 or 1.0 hours for attendance at that hearing.

In this category, the Firm expended 6.80 hours and incurred fees of $2,890.00.

#### C.   Litigation

In this category, Applicant expended time preparing a stipulation to dismiss a complaint with Slauson Oil based upon their tendering of certain monies as required in an underlying settlement agreement.

In this category, the Firm expended .60 hours and incurred fees of $255.00.

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX  626.389.5607

## IV.    NO FEE SHARING

Pursuant to Federal Rule of Bankruptcy Procedure 2016(a), Applicant submits that no agreement or understanding exists between Applicant and any other entity for the sharing of compensation to be received for services rendered in or connection with the case.

## V.    EXPENSES INCURRED

A summary of all expenses incurred in connection with Applicant's representation of the Trustee during the period covered by this fee application is included in Exhibit 4, attached hereto. Applicant's request for reimbursement of expenses herein included costs advanced for reproduction and postage and other out-of-pocket costs and expenses necessarily incurred on behalf of the Trustee. Applicant has made every effort to limit the expenditure of expenses and to use the most economical means available for accomplishing the tasks requiring the expenditure of costs.

Photocopies are generally handled in-house, and are charged $0.20 per page as reflected in the detailed billing statements attached hereto.   Applicant incurred costs for mailing notices to creditors and general correspondence in representing the Trustee.  Costs for postage were entered based upon charges identified by the Firm's postage meter.

## VI.    DESCRIPTION OF ATTACHED EXHIBITS

Attached hereto as **Exhibit 1** is an itemized listing of the services rendered by Applicant, and the hours expended for the period described in the Fee Application.  Attached as **Exhibit 2** is a summary for each activity code listing the professional's name and time billed; and fees during the period of this Application.  Attached as **Exhibit 3** is a summary of fees organized by month. Attached as **Exhibit 4** is a summary of all expenses incurred in connection with Applicant's representation of the Trustee.  Attached as **Exhibit 5** is a resume of Applicant and its members.

## VII.    CONCLUSION

Based upon the above, Applicant respectfully requests that the Court enter an order approving this First and Final Fee Application and allowing compensation of **$3,230.00** and **$59.55** in expenses for a total of **$3,289.55**, none of which has been paid.  The funds sought are fair and reasonable for the services rendered during this case.

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

1   The Firm respectfully seeks such other and further relief as this Court deems just and proper

2 under the circumstances.

3

4 Dated:  August 13, 2021      **LAW OFFICES OF LARRY D. SIMONS**

5               */s/Larry D. Simons*

6              Larry D. Simons, Attorneys for Sam S. Leslie,
               Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Offices of Larry D. Simons**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 · FAX 626.389.5607

## DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons, declare:

1.    I am an attorney at law licensed in the State of California and admitted to practice in the Central District of California.  I am an attorney with the Law Offices of Larry D. Simons ("Applicant"), attorneys for Sam S. Leslie, Chapter 7 Trustee of the bankruptcy estate of AAA American Construction, Inc. (the "Trustee").  I am one of the professionals responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines of the United States Trustee relating to billing.

2.    I have personal knowledge, information and/or belief of the facts set forth herein, and if called upon to do so, could and would testify competently thereto.

3.    I make this declaration in support of the First and Final Fee Application of Law Offices of Larry D. Simons, Attorneys for Chapter 7 Trustee.

4.    I believe that the Fee Application accurately reflects services rendered and expenses incurred by Applicant in this case during the period October 1, 2020 through July 31, 2021.

5.    I believe that the Fee Application complies with the United States Trustee Guide for Professional Compensation.

6.    Neither I, nor any member of Applicant, to the best of my knowledge, have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to Applicant with any other person or attorney.  Applicant has provided legal services to the Trustee with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

7.    I spent no less than two (2.0) hours preparing this Application and have included that time (2.0 hours)in the Fee/Employment Application category and as part of the fees which the Firm seeks to be paid from the Estate.

///

///

1       8.     If the Court requires appearances from the Firm at the hearing on the Trustee's final

2   report, the Firm reserves the right to seek additional fees for the appearance.  I anticipate that I

3   would incur no more than one hour (1) for preparation and appearance at the hearing.

4       I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6       Executed this 3rd day of August 2021 at Mission Hills, California.

*/s/ Larry D. Simons*
Larry D. Simons

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

### DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare,

1.      I am the duly appointed, qualified and acting Chapter 7 trustee (the "Trustee") for the estate ("Estate") of AAA American Construction, Inc. (the "Debtor").

2.      Except as otherwise indicated, all statements made herein are based on my personal knowledge.  If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

3.      I make this declaration in support of the *Second and Final Fee Application of Law Offices of Larry D. Simons, Attorneys for Chapter 7 Trustee*.

4.      I have no objection to the request for fees and reimbursement of expenses respectively, contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of August 2021 at Los Angeles California.

SAM S. LESLIE, Chapter 7 Trustee

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
TEL 818.672.1778 • FAX 626.389.5607

SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS,
ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND
TRUSTEE IN SUPPORT THEREOF -

# EXHIBIT 1

Law Offices of Larry D. Simons
15545 Devonshire Street, Suite 110
Mission Hills, CA 91345

Sam S. Leslie, T'ee for AAA Am Const

July 31, 2021
3220-1

Matter No. 3220-1
In re AAA American Construction, Inc., 2:17-18746 ER

**Fees:**

| | | | |
|---|---|---|---|
| 10/02/20 | LDS | review of court order regarding status conference (.1) and advise client of action to dismiss same (.1)<br>    0.20 hours at $425.00 per hour<br>LIT    Litigation | $85.00 |
| 10/02/20 | LDS | correspondence with trustee as to whether or not he wanted to seek administrative fees<br>    0.10 hours at $425.00 per hour<br>CA    Case Administration | $42.50 |
| 10/06/20 | LDS | correspondence to trustee inquiring if accountants and trustee will be seeking interim compensation in order to prepare requisite notice<br>    0.10 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $42.50 |
| 10/06/20 | LDS | preparation of stipulation to dismiss adversary proceeding with Slauson Oil<br>    0.30 hours at $425.00 per hour<br>LIT    Litigation | $127.50 |
| 10/06/20 | LDS | correspondence to counsel for Slauson Oil requesting he sign stipulation to dismiss adversary proceeding<br>    0.10 hours at $425.00 per hour<br>LIT    Litigation | $42.50 |
| 11/05/20 | LDS | preparation of notice of interim fees after 45 day notice<br>    0.30 hours at $425.00 per hour<br>FEA    Fee Employment Applications | $127.50 |
| 11/17/20 | LDS | preparation of first interim fee application with declarations in support thereof<br>    3.50 hours at $425.00 per hour | $1,487.50 |

Matter No. 3220-1
In re AAA American Construction, Inc., 2:17-18746 ER

July 31, 2021
Page 2

|  |  | FEA    Fee Employment Applications |  |
|---|---|---|---|
| 11/17/20 | LDS | correspondence to trustee with copy of first interim fee app for firm with itemized billing for his review and signature in support thereof<br>        0.20 hours at $425.00 per hour<br>    FEA        Fee Employment Applications | $85.00 |
| 12/09/20 | LDS | preparation of order authorizing compensation to firm and lea accountancy<br>        0.50 hours at $425.00 per hour<br>    FEA        Fee Employment Applications | $212.50 |
| 12/09/20 | LDS | preparation of order granting interim compensation to firm and accountants<br>        0.20 hours at $425.00 per hour<br>    FEA        Fee Employment Applications | $85.00 |
| 01/26/21 | LDS | review of correspondence from accountant requesting estimation of final fees and costs in order to prepare estate taxes<br>        0.10 hours at $425.00 per hour<br>    CA        Case Administration | $42.50 |

|  |  |  |
|---|---|---|
| Hours: | 5.60 |  |
| Total fees: |  | $2,380.00 |

Attorney Summary

LDS    Larry D. Simons                5.60 hours at $425.00 per hour

**Expenses:**

| Photocopies<br>229 at $0.20 each |  | $45.80 |
|---|---|---|
| Postage |  | $13.75 |
| Total expenses: |  | $59.55 |

**Payments & Adjustments:**

| 12/16/20 | Payment on first interim application for fees and costs | $26,476.52 CR |
|---|---|---|

Matter No. 3220-1
In re AAA American Construction, Inc., 2:17-18746 ER

July 31, 2021
Page 3

Total payments & adjustments: $26,476.52 CR

**Billing Summary**

| | |
|---|---|
| Previous balance | $26,476.52 |
| Payments & adjustments | 26,476.52 CR |
| Current fees & expenses | 2,439.55 |
| **Total now due** | **$2,439.55** |

# EXHIBIT 2

**Fees by Task**
Period: 10/01/2020-07/31/2021

---

**Matter 3220-1**                    Sam S. Leslie, T'ee for AAA Am Const
                                     In re AAA American Construction, Inc., 2:17-18746 ER

---

|  |  |  | Hours | Fees |
|---|---|---|---|---|
| **CA** | **Case Administration** | | | |
| 10/02/20 | LDS | correspondence with trustee as to whether or not he wanted to seek administrative fees | | |
| (23084) | | | 0.10 | 42.50 |
| 01/26/21 | LDS | review of correspondence from accountant requesting estimation of final fees and costs in order to prepare estate taxes | | |
| (23090) | | | 0.10 | 42.50 |
| 2 transactions for code CA | | | 0.20 | 85.00 |
| **FEA** | **Fee Employment Applications** | | | |
| 10/06/20 | LDS | correspondence to trustee inquiring if accountants and trustee will be seeking interim compensation in order to prepare requisite notice | | |
| (23085) | | | 0.10 | 42.50 |
| 11/05/20 | LDS | preparation of notice of interim fees after 45 day notice | | |
| (22396) | | | 0.30 | 127.50 |
| 11/17/20 | LDS | correspondence to trustee with copy of first interim fee app for firm with itemized billing for his review and signature in support thereof | | |
| (23088) | | | 0.20 | 85.00 |
| 11/17/20 | LDS | preparation of first interim fee application with declarations in support thereof | | |
| (23082) | | | 3.50 | 1,487.50 |
| 12/09/20 | LDS | preparation of order authorizing compensation to firm and lea accountancy | | |
| (22716) | | | 0.50 | 212.50 |
| 12/09/20 | LDS | preparation of order granting interim compensation to firm and accountants | | |
| (23089) | | | 0.20 | 85.00 |
| 6 transactions for code FEA | | | 4.80 | 2,040.00 |
| **LIT** | **Litigation** | | | |
| 10/02/20 | LDS | review of court order regarding status conference (.1) and advise client of action to dismiss same (.1) | | |
| (23083) | | | 0.20 | 85.00 |
| 10/06/20 | LDS | correspondence to counsel for Slauson Oil requesting he sign stipulation to dismiss adversary proceeding | | |
| (23087) | | | 0.10 | 42.50 |

**Fees by Task**
Period: 10/01/2020-07/31/2021

Page 2
08/13/21

| 10/06/20 | LDS | preparation of stipulation to dismiss adversary proceeding with Slauson Oil | | |
|---|---|---|---|---|
| (23086) | | | 0.30 | 127.50 |
| 3 transactions for code LIT | | | 0.60 | 255.00 |

| **Totals for Matter 3220-1** | Hours | Fees |
|---|---|---|
| 3 task codes | 5.60 | 2,380.00 |
| 11 transactions | | |

# EXHIBIT 3

**Matter Fees by Month**
Period: 10/01/2020-07/31/2021

Page 1
08/13/21

Matter 3220-1                    Sam S. Leslie, T'ee for AAA Am Const
                                 In re AAA American Construction, Inc., 2:17-18746 ER

| Month | Hours Billed | Fees Billed |
|---|---|---|
| 10/2020 | 0.80 | 340.00 |
| 11/2020 | 4.00 | 1,700.00 |
| 12/2020 | 0.70 | 297.50 |
| 01/2021 | 0.10 | 42.50 |
| Totals for Matter 3220-1: | 5.60 | 2,380.00 |

Grand Totals
1 matter                Hours:    5.60        Fees:     2,380.00

# EXHIBIT 4

**Expenses by Matter**
Period: 10/01/2020-07/31/2021

Page 1
08/13/21

| Date<br>Status | Timekeeper<br>Description | Amount Reported<br>Amount To Bill |
|---|---|---|

Matter 3220-1  Sam S. Leslie, T'ee for AAA Am Const
In re AAA American Construction, Inc., 2:17-18746 ER

| 10/06/20<br>Billed | LDS   Expense: 15 @ $0.20 each<br>Photocopies: Doc# 42 Notice To Professionals to file interim fee applications<br>(those hired at trustee's expense). | 3.00<br>3.00 |
|---|---|---|
| 10/06/20<br>Billed | LDS   Expense<br>Postage: Doc# 42 Notice To Professionals to file interim fee applications (those<br>hired at trustee's expense). | 1.50<br>1.50 |
| 10/08/20<br>Billed | LDS   Expense: 8 @ $0.20 each<br>Photocopies:  AP 19-01225 Doc#24 Stip for dismissal of AP and request to<br>remove status conf from calendar | 1.60<br>1.60 |
| 10/08/20<br>Billed | LDS   Expense<br>Postage:  AP 19-01225 Doc#24 Stip for dismissal of AP and request to remove<br>status conf from calendar | 1.00<br>1.00 |
| 11/06/20<br>Billed | LDS   Expense: 77 @ $0.20 each<br>Photocopies: Doc# 44 Notice of Hearing: Application for Allowance of Fees and<br>Costs filed by Law Offices of LDS, general counsel | 15.40<br>15.40 |
| 11/06/20<br>Billed | LDS   Expense<br>Postage: Doc# 44 Notice of Hearing: Application for Allowance of Fees and Costs<br>filed by Law Offices of LDS, general counsel | 5.65<br>5.65 |
| 11/18/20<br>Billed | LDS   Expense: 114 @ $0.20 each<br>Photocopies: Doc# 46  Notice and application for first interim fees | 22.80<br>22.80 |
| 11/18/20<br>Billed | LDS   Expense<br>Postage: Doc# 46  Notice and application for first interim fees | 4.10<br>4.10 |
| 11/23/20<br>Billed | LDS   Expense: 15 @ $0.20 each<br>Photocopies: Doc# 52  Trustee's declaration in support of Law Offices of Larry D.<br>Simons' first interim fee app | 3.00<br>3.00 |
| 11/23/20<br>Billed | LDS   Expense<br>Postage: Doc# 52  Trustee's declaration in support of Law Offices of Larry D.<br>Simons' first interim fee app | 1.50<br>1.50 |

| Matter 3220-1<br>10 transactions | Total Expenses Reported:<br>Total Expenses To Bill: | 59.55<br>59.55 |
|---|---|---|

**Expenses by Matter**
Period: 10/01/2020-07/31/2021

Page 2
08/13/21

| Date | Timekeeper | Amount Reported |
|------|------------|-----------------|
| Status | Description | Amount To Bill |

| | | | |
|---|---|---|---|
| 10 transactions | | Total Expenses Reported: | 59.55 |
| 1 matter | | Total Expenses To Bill: | 59.55 |

# EXHIBIT 5

# LAW OFFICES OF LARRY D. SIMONS

### Certified Specialists in Bankruptcy Law
State Bar of California, Board of Legal Specialization

LARRY@LSIMONSLAW.COM
FRANK@LSIMONSLAW.COM

15545 DEVONSHIRE STREET, SUITE 110
MISSION HILLS, CALIFORNIA 91345
WWW.LSIMONSLAW.COM

TELEPHONE:818.672.1778
FACSIMILE: 626.389.5607

The Law Offices of Larry D. Simons' primary practice is in the area of bankruptcy law, representing debtors in Chapter 7 and Chapter 13 and representing creditors in all chapters and chapter 7 trustees.



## **LARRY D. SIMONS**

Member of Chapter 7 panel trustee for Central District of California, Riverside Division.

Judicial law clerk for Hon. Kathleen Thompson (ret.), United States Bankruptcy Judge, Central District of California and Hon. Arthur Greenwald (dec.), United States Bankruptcy Judge, Central District of California.

### Education
McGeorge Law School, Juris Doctor, 1995; CSU Northridge, Bachelor of Arts, *History* 1992

### Legal Specialization
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

### Articles
"The Chapter 13 Plan: A Cure-All for the Debtor who is not Obligated on a Secured Debt?" *Norton Bankruptcy Law Adviser*, December 2002

"The Elusive Meaning of Impairment." *California Bankr. J.,* Vol. 27, Number 2, 2004

"When a Solvent Debtor Files for Reorganization, Is the Filing 'Per Se' Bad Faith?" *Norton Bankruptcy Law Adviser*, September 2005

"Is It In or Out? Determining the Operative Transfer Date for Escrow Accounts in Preference Litigation." *California Bankr. J.,* Vol. 28, Number 4, 2006.

"Procedural Pointers Regarding Nondischargability Complaints" *Debt³,* Vol. 23, Number 1, January/February 2008.

"Home Sweet Home: The Homestead Exemption" *Valley Lawyer*, July 2014

"Rule 1009(a): Does a Debtor Have an Absolute Right to Amend Their Exemptions in a Reopened Case?"  *California Bankr. J.,* Vol. 35, Number 4, 2021

Law Offices of Larry D. Simons
Firm Resume
Page 2

**Awards and Honors**
Named a "Rising Star" in the field of bankruptcy law for 2004-2007 and named a "Super
Lawyer" in the field of bankruptcy law for 2012- 2013, 2015-2017, 2020-2021 in the Southern
California Super Lawyers surveys put out by *Law & Politics* and *Los Angeles* magazines

Named a "Top Attorney" in Bankruptcy for 2010 by *Pasadena Magazine.*

**Published Cases:**
Smith v. Rojas, 435 BR 637 (9th Cir. BAP 2010)
Kallman v. Gottlieb (In re Lewis), 515 BR 591 (9th Cir. BAP 2014)
In re Santos, 561 BR 825 (Bankr. C.D. Cal. 2017)



## FRANK X. RUGGIER

Judicial Extern for Hon. Calvin Ashland (dec.), United States Bankruptcy Judge, Central District
of California.

**Education:**
University of Southern California, Gould School of Law, Juris Doctor (1998),
University of California, Irvine, Bachelor of Arts, *Political Science* (cum laude) (1995).

**Legal Specialization**
Certified Specialist in Bankruptcy Law, State Bar of Calif., Board of Legal Specialization

**Awards/Honors:**
American Jurisprudence Award for Bankruptcy

**Professional Affiliations & Volunteer:**
Central Dist. Consumer Bankruptcy Attorney Association (CDCBAA)
National Assoc. of Consumer Bankruptcy Attorneys (NACBA)
Encino Little League Coach

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*15545 Devonshire Street, Suite 110, Mission Hills, CA 91345*

A true and correct copy of the foregoing document entitled:

**SECOND AND FINAL FEE APPLICATION OF LAW OFFICES OF LARRY D. SIMONS, ATTORNEY FOR CHAPTER 7 TRUSTEE; DECLARATION OF LARRY D. SIMONS AND TRUSTEE IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **08/20/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Matthew I. Bobb:** mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com
**Amanda Koziol:** Amanda.Koziol@lewisbrisbois.com, Alexandra.Martinez@lewisbrisbois.com
**Sam S. Leslie (TR):** sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
**United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov
**Michael H Yi:** myi@yimadrosenlaw.com, r53621@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **08/20/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:** Honorable Ernesto M. Robles, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012
**Debtor's Copy:** AAA American Construction, Inc., 3171 W. Olympic Blvd., #514, Los Angeles, CA 90006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/20/2021 | Karen Green | /s/ Karen Green |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**